## First Department, September, 1942.
### (September 22, 1942.)

In the Matter of the Application of John T. McCall, Petitioner, Appellant, an Aggrieved Candidate, for the Determination by the Court as to the Purported Declination of Charles A. Muzzicato as Candidate of the American Labor Party for the Public Office of State Senator, 18th Senatorial District, New York, and the Purported Certificate of Substitution of Richard A. DiCostanzo as Candidate of the American Labor Party for the Public Office of State Senator, 18th Senatorial District, New York, in Place and Stead of said Charles A. Muzzicato, and the New York County Committee of the American Labor Party, Respondents.— Order reversed and the motion in all respects granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer and Dore, JJ., dissent and vote to affirm. Settle order on notice. [179 Misc. 32. See 289 N. Y. 104, revg. App. Div. and affg. Special Term order.]

## Second Department, September, 1942.
### (September 28, 1942.)

Joseph Aliano, Respondent, v. Westchester Racing Association, Appellant. Motion for leave to appeal to the Appellate Division granted. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

Atlantic Yeast Corporation, Appellant, v. Indemnity Insurance Company of North America, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

Najib G. Beder, Appellant, v. Rashid G. Beder, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

Nettie Bloom, Individually and as Administratrix, etc., of Herman Bloom, Deceased, Appellant, v. The Guardian Life Insurance Company of America, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

Briguglio, Schnee & Gaddy, Inc., Appellant, v. H. J. Heinz Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

William P. Casey, Respondent, v. Nana Henrietta Buttles, Individually and as Successor Testamentary Trustee to Execute the Trust under the Last Will and Testament of Anthony Dugro, Deceased, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

City of New Rochelle, Respondent, v. Morgan H. Seacord, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.